UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

DEC - 9 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14 MJ 224 DDN |
| MURAT BLIEV, IGOR LAVRENOV, IVAN GUDALOV, and YEVGENIY NAZAROV, | ) |
| Defendants. | ) |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Richard E. Finneran, Assistant United States Attorney for said District, and moves this Court for an order directing that the complaint and arrest warrant entered by this Court be sealed until further order of this Court.

RICHARD G. CALLAHAN
United States Attorney

_____
RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200

Dated: December 9, 2014