FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEC − 9 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14 MJ 224 DDN |
| | ) | |
| MURAT BLIEV, | ) | |
| IGOR LAVRENOV, | ) | |
| IVAN GUDALOV, and | ) | |
| YEVGENIY NAZAROV, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Richard E. Finneran, Assistant United States Attorney for said District, and moves the Court to order defendants detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendants' initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. There is a serious risk that the defendants will flee.

WHEREFORE, the Government requests this Court to order defendants detained prior to trial, and further to order a detention hearing three (3) days from the date of defendants' initial appearances.

RICHARD G. CALLAHAN
United States Attorney

RICHARD E. FINNERAN, #60768MO
Assistant United States Attorney